# EXHIBIT 2

**Exhibit 2**



RCVD IN EEOC: October 3, 2023

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**CHARGE OF DISCRIMINATION**

EEOC Form 5A (October 2017)

For Official Use Only – Charge Number:
563-2023-04002

| | |
|---|---|
| **Personal Information** | First Name: Jennifer    MI: C   Last Name: Sullivan<br><br>Address: 4401 W 77th Place    Apt.: _____<br><br>City: Prairie Village    County: Johnson    State: KS  Zip Code: 66208<br><br>Phone: 913-220-9009  Home ☐ Work ☐ Cell ☒  Email ▮▮▮▮▮▮ |
| **Who do you think discriminated against you?** | Employer ☒    Union ☐    Employment Agency ☐    Other Organization ☐<br><br>Organization Name: Kansas USD 512 Shawnee Mission, its Board & Administration<br><br>Address: 8200 W 71st Street    Suite: _____<br><br>City: Overland Park    State: KS   Zip Code: 66204   Phone: 913-993-6200 |
| **Why you think you were discriminated against?** | Race ☒    Color ☒    Religion ☒    Sex ☐    National Origin ☐    Age ☐<br><br>Disability ☐  Genetic Information ☐  Retaliation ☒  Other ☐ (specify) |
| **What happened to you that you think was discriminatory?** | **Date of most recent job action you think was discriminatory:** 6/14/23<br>**Also describe briefly each job action you think was discriminatory and when it happened (estimate).** The Respondents ("SMSD") targeted & retaliated against Complainant ("Sullivan") for complaining about racial bias & dogmatic ideologies pushed on her and other teachers that can be aptly characterized as cultish. The targeting resulted in a sham "investigation" of a fabricated "complaint" of discrimination, which "complaint" was repeatedly requested by Sullivan but never produced by SMSD. The alleged "complaint" and "investigation" were baseless and SMSD used them to level vague, unsupported allegations based on Sullivan's race and failure to comply with forced speech requirements, resulting in discipline, and written reprimand in her permanent personnel file, for a fabricated violation of a hidden policy, after SMSD expressly stated no discipline would result from the "investigation." SMSD is compelling speech and preventing free exercise by requiring Sullivan and others through its hidden policies to use masculine pronouns for girls and feminine pronouns for boys and to lie to parents, in violation of the First Amendment. SMSD refused to participate in the appeal process from in its own policy or in the grievance procedure under its own contract. |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above.  I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>I declare under penalty of perjury that the above is true and correct.<br><br>Signature: *J. Caedran Sullivan*    Date: 10/2/23 |