# EXHIBIT 3

Exhibit 3

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Oklahoma City Area Office
215 Dean A McGee Avenue, Suite 524
Oklahoma City, OK 73102
(405) 666-0360
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 08/01/2024

To: Ms. Jennifer C. Sullivan
4401 W. 77th Place
PRAIRIE VILLAGE, KS 66208
Charge No: 563-2023-04002

EEOC Representative and email:     CHRISTINA ALEXANDER
Federal Investigator

_____

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 563-2023-04002.

On behalf of the Commission,

Digitally Signed By:Holly J. Cole
08/01/2024
_____

Holly J. Cole
Area Office Director