# EXHIBIT 7

**Exhibit 7**

Meeting on 1/23/23 with C. Sullivan

We have a few things reported to us by students, and I need to share them with you and also provide you with an opportunity to speak to them.

1. It's been shared that you have consistently referred to some students by their dead name and non-preferred pronouns, even when it has been requested by said students and has been corrected by others in the class.
2. It's been shared that some of these students, and their class as a whole, has been spoken to negatively by you to other class periods.
3. It's been shared that you have stated that depression can be fixed by putting away your phone and also excercising and losing weight will help you not be depressed.
4. It's been shared that last school year you taught a lesson where an article was used about a professor and use of the "N-word." The report went on to state that viewpoints on the article that were in opposition to your viewpoint were not honored.
5. It's been shared that you have stated the "N-word" in class either reading it from text or in class discussion.

Notes (handwritten first, and then added later)


Moving forward:
1. It is an expectation that students who have indicated a preferred name and pronoun will be referred to by those preferences.
2. It is an expectation that discussions about other students and classes will not happen in the presence of other classes.
3. It is an expectation that your thoughts and beliefs on items like depression will not be shared with the class.
4. It is an expectation that the "N word" is not used in class.