# EXHIBIT 8

Exhibit 8

**Tuesday, October 22, 2024 at 20:33:33 Central Daylight Time**

| | |
|---|---|
| **Subject:** | FW: Monday Meeting |
| **Date:** | Thursday, January 26, 2023 at 8:23:03 PM Central Standard Time |
| **From:** | Caedran Sullivan |
| **To:** | David Ewers, Jon Durham |
| **Attachments:** | image001.png, image002.png |

Mr. Ewers,

Thank you for the phone call this evening. I am glad to hear that, to your knowledge, there has not been a formal complaint made against me. What then, is the basis for the allegations in the document provided me earlier?

Thank you for agreeing to speak with HR again regarding the questions below. As I indicated, I am not comfortable attending a meeting without first receiving those answers and all supporting documents pertaining to the complaint, and a written assurance that there has been no formal complaint made against me. You also mentioned that current policy may have changed in the past few years with regard to providing supporting documents. If current policy is different than what is published on the SMSD website, could you please provide a link or other means for obtaining current policy.

Like me, you indicated that you are simply trying to protect yourself as a professional educator with the SMSD. Accordingly, I feel a firm understanding of the situation is in my best interest and believe that it's not too much to ask. If you believe otherwise, could you please provide the authority for that position.

Thank you again,

Caedran

---

**From:** Caedran Sullivan <████████████████████████>
**Date:** Thursday, January 26, 2023 at 3:52 PM
**To:** David Ewers ████████████████████>, Jon Durham <████████████████████████>
**Subject:** Re: Monday Meeting

Mr. Ewers,

I am happy to meet with you, but because our exchanges have ended with "you are more than welcome to bring representation to the meeting," that makes it seem as though this is a formal process and I would like a few questions answered before the meeting in order to best be prepared.

1. Has there been a formal complaint made?
2. If there has been a formal complaint made, who is the Human Resources Director or Human Resources Coordinator or designee who will be the designated investigator?
3. If there has been a formal complaint made, I would like to see all supporting documents pertaining to the complaint (redacted if necessary).

4. If there hasn't been a formal complaint made, what is the stated purpose of the meeting from your position?

Thank you for your time,

Caedran

---

**From:** David Ewers ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Date:** Thursday, January 26, 2023 at 3:07 PM
**To:** Caedran Sullivan <▮▮▮▮▮▮▮▮▮▮▮▮▮▮>, Jon Durham <▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** Re: Monday Meeting

Caedran,

I am following up to make sure you have seen the email below.  Mr. Durham and I are still available to meet tomorrow (1/27/23) before school or tomorrow(1/27/23) at 2:00 p.m. and beyond.  Please indicate which time works best for you.  Thank you.


David Ewers
Principal
Shawnee Mission North
High School
913-993-6900
Twitter/Instagram:
@SM_North_HS
Web: www.smn.smsd.org

--

---

**From:** David Ewers ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Date:** Wednesday, January 25, 2023 at 12:44 PM
**To:** Caedran Sullivan <▮▮▮▮▮▮▮▮▮▮▮▮▮▮>, Jon Durham <▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** Re: Monday Meeting

Caedran,

Thank you for your email.  We need to further discuss these concerns in question so that everything is clear.  Mr. Durham and I are available at the following times:
- Thursday before school
- Friday before school
- Friday at 2:00 and beyond

Please respond with the time frame that works best for you.  And as I stated previously, you are more than welcome to bring representation to the meeting.




David Ewers
Principal
Shawnee Mission North
High School
913-993-6900
Twitter/Instagram:
@SM_North_HS
Web: www.smn.smsd.org

--

**From:** Caedran Sullivan <█████████████████████>
**Date:** Wednesday, January 25, 2023 at 10:57 AM
**To:** Jon Durham <█████████████████>, David Ewers    █████████████████████>
**Subject:** FW: Monday Meeting

Resending with Durham attached. Thank you.

**From:** Caedran Sullivan <█████████████████████>
**Date:** Wednesday, January 25, 2023 at 10:56 AM
**To:** David Ewers    █████████████████>
**Subject:** Monday Meeting

January 25, 2023

Mr. Ewers,

I have processed what we discussed this past Monday and have some questions at this time. I have attached the document you gave me, as well as SMSD policy taken from our website.

1. The document you gave me says, "reported to us by students." I would like to see the statements of the investigation and to see the corroborating statements. I am sure any names can be redacted to assure confidentiality. How many students? Parents?
2. I would like to know where in the process we are. I am confused as to what is happening. If you could highlight (or copy and paste) exactly where we are in this process from the attached "SMSD Policies Section A: School District Organization Title Prohibition of Discrimination, Harassment, and Retaliation Code A C Status Active Adopted July 22, 2014 Last Revised February 22, 2021" it would be beneficial to my understanding as to where this situation is from the viewpoint of SMSD.
3. Regarding numbers 3 & 4 from your document, it is unreasonable for me to respond to something that allegedly occurred a year ago, particularly in light of these claims, and without proper context.
4. I teach argument in all of my classes. Particularly in AP Lang in which AP Central states the following as an overview for the class:
    > AP English Language and Composition is an introductory college-level composition course. Students cultivate their understanding of writing and rhetorical arguments through reading, analyzing, and writing texts as they explore

3 of 4

topics like rhetorical situation, claims and evidence, reasoning and organization, and style.

It is reasonable to conclude that over the course of the year we would look at many articles and texts that would suggest that there is a claim, evidence, inferences made, as well as inferences and statements as to oppositional argument, etc.. That being said, with such little information forthcoming from your document Monday, I am not sure giving a statement would be in my best interest at this time. Is there any indication as to what specific articles, texts, class discussion is being referenced in the accusations from your document?

At your convenience, please let me know if the above questions/issues can be answered.

Thank you for your time,

Caedran