# EXHIBIT 9

**Exhibit 9**

**Thursday, October 24, 2024 at 09:37:49 Central Daylight Time**

| | |
|---|---|
| **Subject:** | Re: Meeting request |
| **Date:** | Friday, February 3, 2023 at 10:48:05 AM Central Standard Time |
| **From:** | David Ewers |
| **To:** | Caedran Sullivan |
| **CC:** | Jon Durham |
| **Attachments:** | image001.png, image002.png, image003.png, image004.png |

Ms. Sullivan,

I realized today that I had not responded to this email.  Thank you for your recap.  I hope to have more information on next steps by next week.



David Ewers
Principal
Shawnee Mission North
High School
913-993-6900
Twitter/Instagram:
@SM_North_HS
Web: www.smn.smsd.org

--

**From:** Caedran Sullivan <███████████████████>
**Date:** Wednesday, February 1, 2023 at 3:18 PM
**To:** David Ewers <███████████████████>
**Cc:** Jon Durham <███████████████████>
**Subject:** Re: Meeting request

Mr. Ewers,

I wanted to recap our meeting today.

I understand that now, with my statement, you (HR) will decide what comes next:  whether the complaint merits further attention. Also, in light of the conversation, I understand that I was actually able to have legal representation, but that if I had, SMDS would have had to have legal representation present as well. In light of the emails below, specifically the below statement from your email yesterday:

With that being said, I am scheduling a meeting on 2/1/23 at 2:45 p.m.  Caedran, this meeting is not optional.  Please note that failure to attend this meeting could result in disciplinary action.  You are welcome to bring NEA representation to this meeting if you wish

And with my email sent Monday morning that stated:

Without any substantiation, I will need legal representation. My lawyer will not be able to attend

1 of 4

any meeting for at least a week (due to physical impairments). Accordingly, I will not be attending a meeting today.

I feel like I had no choice but to attend the meeting today to avoid disciplinary action.

Again, the accusations from the complaint are unsubstantiated and false. I look forward to getting this resolved.

Thank you for your time,

Caedran

---

**From:** Caedran Sullivan <█████████████████████>
**Date:** Wednesday, February 1, 2023 at 1:53 PM
**To:** David Ewers <██████████████████>
**Cc:** Jon Durham <███████████████████>
**Subject:** Re: Meeting request

On my way.

---

**From:** David Ewers <███████████████████>
**Date:** Wednesday, February 1, 2023 at 1:50 PM
**To:** Caedran Sullivan <████████████████████████>
**Cc:** Jon Durham <████████████████████>
**Subject:** Re: Meeting request

Caedran,

I just saw this and then needed to check with Jon.  We can absolutely move this meeting up.  I only stated 2:45 because I felt it would be inappropriate to request a meeting during your plan period.  Please come down at any time that fits your schedule.



David Ewers
Principal
Shawnee Mission North
High School
913-993-6900
Twitter/Instagram:
@SM_North_HS
Web: www.smn.smsd.org

--

---

**From:** Caedran Sullivan <████████████████████████>
**Date:** Wednesday, February 1, 2023 at 1:24 PM

**To:** David Ewers < ██████████████████ >
**Cc:** Jon Durham < ██████████████████ >
**Subject:** Re: Meeting request

Mr. Ewers,

Any possible way to move this meeting up? I would prefer to just get it out of the way.

Thank you,

Caedran

---

**From:** David Ewers < ██████████████████ >
**Date:** Tuesday, January 31, 2023 at 10:27 AM
**To:** Caedran Sullivan < ██████████████████████ >
**Cc:** Jon Durham < ██████████████████ >
**Subject:** Re: Meeting request

Caedran,

Thank you for your email.  For the sake of clarity:

- You have the choice to bring an NEA representative to the meeting.
- You also have the choice to bring a fellow colleague to the meeting.
- I included "NEA representation" in my most recent email because I had previously only used the term "representation" in previous emails, and you indicated that you interpreted that as legal representation.
- In all of our correspondence via email I have always intended the term "representation" to indicate NEA or a colleague.  It was never intended as "legal representation" that indicated a need for an attorney.

 David Ewers
Principal
Shawnee Mission North
High School
913-993-6900
Twitter/Instagram:
@SM_North_HS
Web: www.smn.smsd.org

--

---

**From:** Caedran Sullivan < ██████████████████████ >
**Date:** Tuesday, January 31, 2023 at 10:01 AM
**To:** David Ewers < ████████████████ >
**Cc:** Jon Durham < ████████████████ >
**Subject:** Re: Meeting request

Mr Ewers,

To be clear. Are you saying that the term "representation" in the context of your previous emails and communication only means through NEA? When you came into my room yesterday morning, you indicated that you were not clear about what "representation" meant in your communication with me for the previous week and that you meant NEA or even another teacher. But representation does not mean "legal representation"? I just want to make sure that I have understood correctly.

Caedran

---

**From:** David Ewers <█████████████████>
**Date:** Tuesday, January 31, 2023 at 8:02 AM
**To:** Caedran Sullivan <██████████████████████>
**Cc:** Jon Durham <████████████████████>
**Subject:** Meeting request

Caedran,

Thank you for your email on Monday, and I am glad that I was able to clarify what I meant in previous emails regarding the term representation. On January 23rd, I made you aware some concerns brought to my attention. I had questions related to those concerns that I needed to discuss, but at that time you asked to go home so you could process the information you had just heard, and that you would provide a written statement later. It has now been a week, and I still need to have a meeting to gain more information and your perspective on these concerns. As building principal and your direct supervisor, I am entitled to have meetings with employees in order to ask questions for sake of clarity when concerns have been brought to my attention.

With that being said, I am scheduling a meeting on 2/1/23 at 2:45 p.m. Caedran, this meeting is not optional. Please note that failure to attend this meeting could result in disciplinary action. You are welcome to bring NEA representation to this meeting if you wish.



David Ewers
Principal
Shawnee Mission North
High School
913-993-6900
Twitter/Instagram:
@SM_North_HS
Web: www.smn.smsd.org



--