# EXHIBIT 10

**Exhibit 10**

Mr. Ewers,

Below is my response to the meeting.

1. I do not call students by their dead name. Any allegations that imply that I am consistently and intentionally, with malice, using student's dead names are unfounded and false.
2. I do not talk negatively about classes to other classes and do not call out students specifically and discuss them with other students. Any allegations otherwise are unfounded and false.
3. I have not said that depression "can be fixed" by putting away your phone, exercising, and losing weight. Students read and research articles relating to the rise in teenage depression, suicide, and anxiety throughout the year. Many of those articles address the effects of social media and screen time on mental health and other arguments within that context. Any allegations that imply that I know how to "fix" depression are unfounded and false.
4. I have one article about a professor who was discussing James Baldwin's use of the N-word in his work. I teach American Literature and this would have been discussed in the context of Baldwin's (one of America's most prominent Black authors) use of the term and within the context of the claim made in the article. I have attached a copy of [the article](#) (that may be the one referenced- however, this was over a year ago and context cannot be confirmed). At the beginning of each school year (and throughout the year), students are told by me that they are entitled to have any opinion on any topic that they want. They have that right. In teaching argument, one must provide reasons and evidence to support their claim, in addition to addressing the opposition. I honor all viewpoints on all subjects. Any allegations that suggest that I do not honor student's viewpoints are unfounded and false.
5. In my 15 years of teaching, I cannot recall EVER using the actual N-word. I would have said, and do say "N-word" when it comes up in American Literature. For example, I am teaching *Narrative of the Life of Frederick Douglass,* and *Huckleberry Finn.* Both texts are listed on the SMSD website's District Approved Secondary Supplemental Novel List. Both texts have multiple use of the N-word. When the word comes up in reading (of anything) I say "N-word" and not the actual word. Any allegations otherwise are unfounded and false.

Notes: Another [Article](#) referencing the Baldwin article.