# EXHIBIT 11

**Exhibit 11**

**From:** Jeremy Higgins <███████████████████████>
**Date:** Tuesday, February 14, 2023 at 1:08 PM
**To:** Caedran Sullivan <███████████████████████>
**Cc:** David Ewers <███████████████████████>
**Subject:** Phone Call Request

Caedran –

Good afternoon, I hope this email finds you doing well.

I wanted to let you know that I have been assigned as the investigator for a Policy AC discrimination complaint that was recently filed by a SMN student and parent.  This complaint has you listed as the respondent in the complaint.  I would like to schedule a phone call with you to share information related to what my investigation will look like.  This phone call will not be disciplinary in any way, but you are more than welcome to have NEA representation with you on the call if you wish.

Please let me know when you would like to have this phone conversation.  Thanks!

Text Description automatically generated