# EXHIBIT 13

Exhibit 13

Caedran –

Good morning.

I am reaching out to schedule a meeting to interview you and ask you questions as part of my ongoing investigation.  I am available on Thursday, March 2 from 9:00AM-4:00PM or Friday, March 3 from 7:000AM-2:00PM.  I am happy to come over to North or we can meet at the CAA if you would prefer that.  Additionally, I am happy to work with Mr. Ewers to get you coverage if you would prefer to meet during the school day.  You are welcome to have NEA representation with you if you choose.

Please let me know ASAP the date, time, and location that work best for you.  Thanks!



**Dr. Jeremy Higgins**
Director of Secondary Human Resources
Center for Academic Achievement

SHAWNEE MISSION SCHOOL DISTRICT
(913) 993-6440 | @thesmsdhr | www.smsd.org

**From:** Jeremy Higgins <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
**Date:** Tuesday, February 21, 2023 at 2:23 PM
**To:** Caedran Sullivan <▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
**Subject:** Re: Phone Call Request

Caedran -

Thank you in advance for your cooperation with the investigation.

Your email references language in the Professional Negotiated Agreement (PNA).  Please be advised that this investigation does not fall under any specific provision of the PNA.   This is not a disciplinary process (no disciplinary action against a respondent in connection with a Policy AC complaint would take place under after the conclusion of the investigation/grievance process), and this is not a general complaint or informal complaint about a Professional Employee that would fall under provision V(J) of the PNA.  Rather, this is a formal discrimination complaint that is being processed under Board of Education Policy AC.  I have attached Board Policy AC for your reference.  Please review the grievance process steps outlined in Policy AC.  The grievance process does not allow for the respondent to be provided with a copy of the formal complaint document (with the exception of complaints alleging sexual harassment under Title IX, in which case the District is required to provide the respondent with specific notice of the allegations).  However, when you are interviewed, you will be provided with a full opportunity to respond to the allegations in the Policy AC complaint and the information gathered in the investigation.

If you have any further questions about the Policy AC grievance process, you may direct them to me or to the Compliance Coordinators – Dr. John McKinney and Rachel England.