# EXHIBIT 14

Exhibit 14

**Thursday, October 24, 2024 at 10:38:49 Central Daylight Time**

---

**Subject:** Re: Phone Call Request

**Date:** Friday, February 24, 2023 at 11:28:44 AM Central Standard Time

**From:** Rachel England

**To:** Caedran Sullivan

**CC:** Jeremy Higgins

**Attachments:** image002.png, image001.png

Ms. Sullivan,

Dr. Higgins forwarded me the below email correspondence.

In regard to the assigned investigator, Policy AC states:

> *Investigator*: The District administrator designated to investigate a formal complaint
>
> For formal complaints alleging … staff-on-student prohibited conduct … a Human Resources Director or Human Resources Coordinator or designee will be the designated investigator.

In accordance with Policy AC, I designated Dr. Higgins as the investigator for this complaint. While I have the discretion to retain an outside investigator in my role as Compliance Coordinator, I have determined that there is no reason supporting the retention of an outside investigator for this complaint.

In regard to informal resolution, Policy AC states:

> At any time during the grievance process before a determination is reached, the parties may be offered or request an informal resolution process, such as mediation or restorative justice, in lieu of a full investigation and determination, but in no event will informal resolution be facilitated to resolve a complaint of staff-on-student sexual harassment. In order for informal resolution processes to be implemented, <u>all parties must voluntarily agree in writing</u>. In the event that a resolution is reached during the informal resolution process and agreed to in writing by the parties, then the formal complaint will be dismissed, and the complainant is precluded from filing a second complaint concerning the original allegation, however, patterns of conduct will be considered in subsequent complaints involving the same respondent. At any time prior to agreeing to a resolution, any party may withdraw from the informal resolution process and resume the grievance process.

Informal resolution was offered to and discussed with the complainant after the complaint was filed.  The complainant and his parent declined to participate in informal resolution.  I am unable to implement informal resolution procedures unless both parties agree to participate.

1 of 6

I can confirm that Dr. Higgins correctly responded to your request for a copy of the formal complaint. A copy of the formal complaint is never provided to the respondent on any Policy AC complaint, with the exception of formal sexual harassment investigations under Title IX because notice of the allegations and sharing of copies of evidence is required by the Title IX regulations. The District does not provide copies of the complaint to the respondent or to anyone else (other than the investigator) to protect the confidentiality of the investigation to the greatest extent possible, to ensure compliance with FERPA, to protect the integrity of interviews, and to prevent retaliation toward the complainant. As stated in Policy AC:

> Except as necessary to complete a thorough and effective investigation and grievance process under this policy and as required by law or Board policy, the identity of complainants, respondents, and witnesses, information related to investigations, evidence gathered, and records created during investigations will be maintained in strict confidence.

> In implementing this policy, the District will comply with state and federal laws regarding the confidentiality of student and employee records.

As Dr. Higgins explained, you will have a full opportunity to respond to the allegations and to the information obtained during the investigation when you are interviewed.

If you have any further questions about the Policy AC grievance process, you are welcome to contact me.

**Rachel England**
General Counsel

Shawnee Mission School District
8200 W. 71st Street
Shawnee Mission, KS 66204
smsd.org  I  913.993.6403



---

**From:** Jeremy Higgins <‹███████████████████›>
**Date:** Friday, February 24, 2023 at 6:14 AM
**To:** Caedran Sullivan <‹███████████████████›>
**Subject:** Re: Phone Call Request

Caedran –

As you are aware, administrators are regularly in classrooms to complete walkthroughs, informal observations, and to just be in classrooms. If you have questions about an administrator visiting your classroom, I encourage you to reach out directly to that administrator. I have not had any conversations with Ms. Gonzales or Mr. Jamison about my investigation nor have I directed them to be in your

classroom.

In regard to your formal request for you an outside investigator and informal resolution, I will forward these requests to the Compliance Coordinators.

Thank you.



**Dr. Jeremy Higgins**
Director of Secondary Human Resources
Center for Academic Achievement

SHAWNEE MISSION SCHOOL DISTRICT
(913) 993-6440 | @thesmsdhr | www.smsd.org

**From:** Caedran Sullivan <███████████████████>
**Date:** Friday, February 24, 2023 at 5:42 AM
**To:** Jeremy Higgins <███████████████████>
**Subject:** Re: Phone Call Request

Dr. Higgins:

Can you please advise why there were two (2) walkthroughs in my classroom Wednesday (2/22/23) when there have not been any for a long time. The timing seems ironic. I would also like to see all documentation generated as a result of and to warrant the walkthroughs (I have received email documentation from Gonzalez (3rd block), but not Jamison (1st block).

Regarding the formal complaint investigation, your statement that "The grievance process does not allow for the respondent to be provided with a copy of the formal complaint document" makes me wonder if you may have a conflict of interest. The AC Policy does not *prevent* you from providing a copy of or the contents of the formal complaint document ahead of our meeting/interview (that you indicate you will disclose at our meeting/interview). The basic tenets of good faith and fairness dictate that I not be blindsided in a formal investigation. You have the discretion to provide the formal complaint, or its contents, in advance. If you will not provide a copy of or the contents of the formal complaint document ahead of our meeting/interview, please consider this as a formal request for an outside investigator and forward this request to the Compliance Coordinator.

Likewise, I would like to request an informal resolution process. Please provide me with information about the District mediation and restorative justice options.

Thank you,

Caedran Sullivan

3 of 6

**From:** Jeremy Higgins < ▮▮▮▮▮▮▮▮▮▮▮ >
**Date:** Friday, February 24, 2023 at 5:12 AM
**To:** Caedran Sullivan < ▮▮▮▮▮▮▮▮▮▮▮ >
**Subject:** Re: Phone Call Request

Caedran –

Good morning.

I am reaching out to schedule a meeting to interview you and ask you questions as part of my ongoing investigation.  I am available on Thursday, March 2 from 9:00AM-4:00PM or Friday, March 3 from 7:000AM-2:00PM.  I am happy to come over to North or we can meet at the CAA if you would prefer that.  Additionally, I am happy to work with Mr. Ewers to get you coverage if you would prefer to meet during the school day.  You are welcome to have NEA representation with you if you choose.

Please let me know ASAP the date, time, and location that work best for you.  Thanks!



*Dr. Jeremy Higgins*
Director of Secondary Human Resources
Center for Academic Achievement

SHAWNEE MISSION SCHOOL DISTRICT

(913) 993-6440 | @thesmsdhr | www.smsd.org

**From:** Jeremy Higgins < ▮▮▮▮▮▮▮▮▮▮▮ >
**Date:** Tuesday, February 21, 2023 at 2:23 PM
**To:** Caedran Sullivan < ▮▮▮▮▮▮▮▮▮▮▮ >
**Subject:** Re: Phone Call Request

Caedran -

Thank you in advance for your cooperation with the investigation.

Your email references language in the Professional Negotiated Agreement (PNA).  Please be advised that this investigation does not fall under any specific provision of the PNA.   This is not a disciplinary process (no disciplinary action against a respondent in connection with a Policy AC complaint would take place under after the conclusion of the investigation/grievance process), and this is not a general complaint or informal complaint about a Professional Employee that would fall under provision V(J) of the PNA. Rather, this is a formal discrimination complaint that is being processed under Board of Education Policy AC.  I have attached Board Policy AC for your reference.  Please review the grievance process steps outlined in Policy AC.  The grievance process does not allow for the respondent to be provided with a copy of the formal complaint document (with the exception of complaints alleging sexual harassment under Title IX, in which case the District is required to provide the respondent with specific notice of the

allegations).  However, when you are interviewed, you will be provided with a full opportunity to respond to the allegations in the Policy AC complaint and the information gathered in the investigation.

If you have any further questions about the Policy AC grievance process, you may direct them to me or to the Compliance Coordinators – Dr. John McKinney and Rachel England.



**Dr. Jeremy Higgins**
Director of Secondary Human Resources
Center for Academic Achievement

SHAWNEE MISSION SCHOOL DISTRICT
(913) 993-6440  |  @thesmsdhr  |  www.smsd.org

---

**From:** Caedran Sullivan <████████████████████>
**Date:** Monday, February 20, 2023 at 12:25 PM
**To:** Jeremy Higgins <████████████████████>
**Subject:** Re: Phone Call Request

Dr. Higgins:

I want to cooperate in every way possible with your investigation because I have absolutely nothing to hide. However, because it appears this may be elevating to a more adversarial posture, before we meet could you please provide me with:

(1) "the rules, regulations, and directions adopted by the Board or its representatives which are not inconsistent with the provisions of" the AGREEMENT between BOARD OF EDUCATION of UNIFIED SCHOOL DISTRICT NO. 512 JOHNSON COUNTY, STATE OF KANSAS and NATIONAL EDUCATION ASSOCIATION SHAWNEE MISSION, dated July 1, 2022 through June 30, 2023 (the "CBA");

(2) All materials provided in conjunction with the following requirement of the CBA: "Administration will provide orientation on the dispute procedure."

(3) a copy of all complaints against me as a Professional Employee pursuant to Section V(J)(2) of the CBA, whether or not they are subject to placement in my file pursuant to Section V(J)(3) of the CBA.

Thank you for your cooperation.

Caedran Sullivan

---

**From:** Caedran Sullivan <████████████████████>
**Date:** Wednesday, February 15, 2023 at 9:14 PM
**To:** Jeremy Higgins <████████████████████>
**Subject:** Re: Phone Call Request

Dr. Higgins,

I have received your email. I have forwarded your email to my attorney tonight and am waiting to hear from him. I will get back to you as soon as I can regarding a good time to schedule a call.

Thank you,

Caedran

---

**From:** Jeremy Higgins <⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛>
**Date:** Tuesday, February 14, 2023 at 1:08 PM
**To:** Caedran Sullivan <⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛>
**Cc:** David Ewers <⬛⬛⬛⬛⬛⬛⬛⬛>
**Subject:** Phone Call Request

Caedran –

Good afternoon, I hope this email finds you doing well.

I wanted to let you know that I have been assigned as the investigator for a Policy AC discrimination complaint that was recently filed by a SMN student and parent.  This complaint has you listed as the respondent in the complaint.  I would like to schedule a phone call with you to share information related to what my investigation will look like.  This phone call will not be disciplinary in any way, but you are more than welcome to have NEA representation with you on the call if you wish.

Please let me know when you would like to have this phone conversation.  Thanks!



*Dr. Jeremy Higgins*
Director of Secondary Human Resources
Center for Academic Achievement

SHAWNEE MISSION SCHOOL DISTRICT
(913) 993-6440 | @thesmsdhr | www.smsd.org