███████████████████

| | |
|---|---|
| **From:** | Jeremy Higgins <███████████████████> |
| **Sent:** | Friday, March 3, 2023 3:45 PM |
| **To:** | Caedran Sullivan |
| **Cc:** | Rachel England; ███████████████████; Jeremy Higgins |
| **Subject:** | Email Request and Audio Links |

Caedran –

Thank you again for meeting with me today.  I recognize that our conversation was not the most pleasant, but I appreciate you answering my questions and offering your perspective.

Per our conversation today, please send me any email correspondences that you may have had with ████ s guardian related to cell phone use and or cell phone policy.

Additionally, the audio links from today's interview are below.  There are two of them.
- https://drive.google.com/file/d/1evcYzooQZj3WV2r6C-7gz2mZMtycKzf2/view?usp=sharing
- https://drive.google.com/file/d/1Wy636GrSEiNKtCviDREU-0jW4aoB4gQA/view?usp=sharing

Have a great weekend.



*Dr. Jeremy Higgins*
Director of Secondary Human Resources
Center for Academic Achievement

SHAWNEE MISSION SCHOOL DISTRICT
(913) 993-6440 | @thesmsdhr | www.smsd.org

1