# EXHIBIT 18

Exhibit 18

**Thursday, September 19, 2024 at 10:10:26 Central Daylight Time**

**Subject:** Student

**Date:** Thursday, January 11, 2024 at 2:12:13 PM Central Standard Time

**From:** Gwyn Heidrick

**To:** James Sherwood, Stephanie Gagnebin, Juliet Miller-Martin, Debra Leonard, Daniel Long, Hannah Willems, Caedran Sullivan, Claudia S Mills, Isaac Yates

**CC:** Dustin Jamison, Leah Murray, MaryAlice Kelly

Hello,
You all have a new student- actually a return from Horizons, ███████.
███ has a preferred name of ████ and would like to use pronouns she/her.  They are in the process of completing the paperwork with parents, but in the meantime, they asked me to send this email.

They also wanted you all to know that they are struggling with anxiety and social interactions. They would really like to make friends, but not sure how to get it started.  If you see an opportunity to connect ████ with someone in your class, please do!

Please let me know if you have any questions.

Thank you!

Gwyn Heidrick, LSCSW
School Social Worker
Shawnee Mission North High School
(913) 993-6927
████████████████

**Thursday, September 19, 2024 at 09:51:03 Central Daylight Time**

| | |
|---|---|
| **Subject:** | ▓▓▓▓▓▓▓▓▓▓▓ 504 Plan |
| **Date:** | Friday, January 19, 2024 at 6:47:10 AM Central Standard Time |
| **From:** | Dustin Jamison |
| **To:** | Stephanie Gagnebin, Debra Leonard, Daniel Long, Juliet Miller-Martin, Claudia S Mills, James Sherwood, Caedran Sullivan, Hannah Willems, Isaac Yates |
| **CC:** | Gwyn Heidrick, Leah Murray |
| **Attachments:** | ▓▓▓▓▓▓▓▓_504Plan.pdf |

Hello teachers!

▓▓▓▓ was at Horizon's for 1st semester, but is back with us at SMN now. I am sharing the 504 plan that we put into place last May. There's already been some questions with his headphones. I've visited with ▓▓▓ and informed him that he needs to have one ear available for listening to the teacher and that he can't "Jam out" in class, which could be distracting to other students. He understood this reasoning and agreed to having an ear available for learning.
Please take a peek at his 504 plan that is attached.

1. Review the 504 plan and take note of the accommodations/modifications.
2. Print the attachment for your files and have the information available for substitutes.
3. Please click on the link below and fill out the form to acknowledge that you have received and reviewed the 504 plan and will implement it to the best of your ability. (This is in leu of having to sign the hard copy 504 Documentation Distribution Sheet)

Documentation of Distribution

If you have questions or concerns regarding this student, please don't hesitate to reach out.

Thank you,
Dustin

*Dustin Jamison*
Associate Principal
Shawnee Mission North
913-993-6914
▓▓▓▓▓▓▓▓▓▓▓▓▓

1 of 1