# EXHIBIT 19

Exhibit 19

████████████████████

**From:** Caedran Sullivan <████████████████████>
**Sent:** Wednesday, March 8, 2023 9:02 AM
**To:** ████████████████████
**Subject:** Fwd: Policy AC Complaint - Notice of Determination

Sent from my iPhone

Begin forwarded message:

> **From:** Caedran Sullivan <████████████████████>
> **Date:** March 8, 2023 at 8:59:57 AM CST
> **To:** Caedran Sullivan <████████████████████>
> **Subject: FW: Policy AC Complaint - Notice of Determination**

**From:** Rachel England <████████████████████>
**Date:** Wednesday, March 8, 2023 at 8:37 AM
**To:** Caedran Sullivan <████████████████████>
**Cc:** John McKinney <████████████████████>, Jeremy Higgins <████████████████████>
**Subject:** Policy AC Complaint - Notice of Determination

TO: Caedran Sullivan

This email provides written notice of the investigator's determination regarding the allegations in the Policy AC complaint, including information regarding corrective action.

The investigator determined, with respect to each of the 4 allegations, that a preponderance of the evidence did not show that Policy AC was violated by the Respondent, or that Respondent treated the Complainant differently or negatively because of or based on his gender identity or the fact that he is transgender.

While the investigator determined that the evidence did not show discrimination based on gender identity, the investigator determined that a preponderance of the evidence shows that Respondent referred to the Complainant by his legal name and using incorrect pronouns on one or a couple occasions during the school year, and that the evidence indicated that this conduct was inadvertent and not purposeful. The investigator is recommending corrective action steps be taken to prevent a reoccurrence of this issue. These action steps include: district administration will review current practice/procedure for how preferred names of students are communicated to teachers and steps will be taken to ensure that both classroom teachers and substitute teachers are aware of transgender students' preferred names; and district administrators will create a template within Skyward that can be used by all teachers when printing rosters and that will include both students' legal name and any other names entered in Skyward (such as preferred name).

Additionally, the investigator recommended a corrective action step to ensure that the Respondent understands the important of positive teacher-student relationships. Dr. Higgins will follow-up with you

1

to schedule a meeting to discuss your reflections from this situation, identify what could have been done differently, and review expectations associated with the student-teacher relationship.  A summary of conference will be provided to you following this meeting.

**Rachel England**
General Counsel

Shawnee Mission School District
8200 W. 71st Street
Shawnee Mission, KS 66204
smsd.org  |  913.993.6403