# EXHIBIT 21

Exhibit 21

████████████████████

| | |
|---|---|
| **From:** | Rachel England <████████████████████> |
| **Sent:** | Thursday, March 16, 2023 9:50 AM |
| **To:** | ████████████████; Caedran Sullivan |
| **Cc:** | Jeremy Higgins; John McKinney; Joe Gilhaus |
| **Subject:** | Re: Appeal - Caedran Sullivan |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Mr. Edmunds,

The District is unable to process the request for an appeal that you submitted on behalf of Ms. Sullivan. The request does not fall under the Policy AC appeal process, given that it does not seek to appeal the determination on the Policy AC complaint. The determination was that a preponderance of the evidence did not show that Policy AC was violated by the Respondent, or that Respondent treated the Complainant differently or negatively because of or based on his gender identity or the fact that he is transgender.

It appears that the request seeks to appeal a separate determination made regarding the job performance of Ms. Sullivan, specifically that corrective action and coaching is needed to ensure that Ms. Sullivan understands the important of positive teacher-student relationships. Ms. Sullivan has been informed that Dr. Higgins will meet with her to discuss her reflections from this situation, identify what could have been done differently, and review expectations associated with the student-teacher relationship. She has further been informed that a summary of conference will be provided to her following this meeting. Please note that the Professional Negotiated Agreement between the District and NEA SM governs the rights of the District's Professional Employees (including teachers) with regard to corrective or disciplinary action, including written reprimands. As outlined in Article V(K), "disciplinary actions are non-grievable except for non-renewal, termination, or suspension."

**Rachel England**
General Counsel

Shawnee Mission School District
8200 W. 71st Street
Shawnee Mission, KS 66204
smsd.org | 913.993.6403



---

**From:** ████████████████ <████████████████>
**Date:** Tuesday, March 14, 2023 at 4:04 PM
**To:** Joe Gilhaus <████████████████>
**Cc:** Rachel England <████████████████>, Jeremy Higgins <████████████████>, John McKinney <████████████████>
**Subject:** Appeal - Caedran Sullivan

1

*NOTICE*: Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Dr. Gilhaus:

Please find the attached appeal letter on behalf of one of your excellent teaches, my client, Caedran Sullivan.

Thank you,

Fritz

Fritz Edmunds
EDMUNDS LAW OFFICE, LLC
11715 West 101st Street
Overland Park, Kansas 66214
913-669-3000
Fax: 913-894-1000
███████████████████



**Website:**
**https://edmundslaw.com/**

**This email and any files transmitted with it may contain confidential and/or attorney-client privileged information intended only for the individual in the salutation. If you are not that person, you could face criminal or civil penalties for disseminating this email. Please notify the sender immediately and delete it from your system if you have received this email by mistake.**