# EXHIBIT 23

**Exhibit 23**

**Post Publishing Inc.**
PO Box 8005
Prairie Village, KS  66208 US
(913) 669-3086

<span style="background:black">████████████████</span>

shawneemissionpost.com



**BILL TO**

David Smith
SMSD
8200 W. 71st St.
Shawnee Mission, KS
United States

**INVOICE #** 3742
**DATE** 01/05/2021
**DUE DATE** 02/04/2021
**TERMS** Net 30

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SM Sponsored Column**<br>Columnist content marketing on Shawnee Mission Post weekly - December | 4 | 175.00 | 700.00 |

PAID

| | | |
|---|---|---|
| | PAYMENT | 700.00 |
| | BALANCE DUE | **$0.00** |

**Post Publishing Inc.**
PO Box 8005
Prairie Village, KS  66208 US
(913) 669-3086
███████████████████
shawneemissionpost.com



**BILL TO**

David Smith
SMSD
8200 W. 71st St.
Shawnee Mission, KS
United States

**INVOICE #** 3758
**DATE** 02/01/2021
**DUE DATE** 03/03/2021
**TERMS** Net 30

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SM Column (deleted)**<br>Column placement on Shawnee Mission Post - January | 5 | 175.00 | 875.00 |

PAID

|  |  |  |
|---|---|---|
| | PAYMENT | 875.00 |
| | BALANCE DUE | **$0.00** |

**Post Publishing Inc.**
PO Box 8005
Prairie Village, KS  66208 US
(913) 669-3086
████████████████

shawneemissionpost.com



**BILL TO**
David Smith
SMSD
8200 W. 71st St.
Shawnee Mission, KS
United States

**INVOICE #** 3772
**DATE** 03/01/2021
**DUE DATE** 03/31/2021
**TERMS** Net 30

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SM Column (deleted)**<br>Column placement on Shawnee Mission Post - Feb | 4 | 175.00 | 700.00 |

PAID

| | | |
|---|---|---|
| | PAYMENT | 700.00 |
| | BALANCE DUE | **$0.00** |

**Post Publishing Inc.**
PO Box 8005
Prairie Village, KS  66208 US
(913) 669-3086
████████████████
shawneemissionpost.com



**BILL TO**
David Smith
SMSD
8200 W. 71st St.
Shawnee Mission, KS
United States

**INVOICE #** 3788
**DATE** 04/01/2021
**DUE DATE** 05/01/2021
**TERMS** Net 30

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SM Column (deleted)**<br>Column placement on Shawnee Mission Post - March | 4 | 175.00 | 700.00 |

PAID

|  | PAYMENT | 700.00 |
|---|---|---|
|  | BALANCE DUE | **$0.00** |

**Post Publishing Inc.**
PO Box 8005
Prairie Village, KS  66208 US
(913) 669-3086

███████████████████

shawneemissionpost.com



**BILL TO**

David Smith
SMSD
8200 W. 71st St.
Shawnee Mission, KS
United States

**INVOICE #** 3804
**DATE** 05/03/2021
**DUE DATE** 06/02/2021
**TERMS** Net 30

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SM Column (deleted)**<br>Column placement on Shawnee Mission Post<br>- April | 5 | 175.00 | 875.00 |

PAID

| | | |
|---|---|---|
| | PAYMENT | 875.00 |
| | BALANCE DUE | **$0.00** |

**Post Publishing Inc.**
PO Box 8005
Prairie Village, KS  66208 US
(913) 669-3086

▮▮▮▮▮▮▮▮▮▮▮▮

shawneemissionpost.com



**BILL TO**

David Smith
SMSD
8200 W. 71st St.
Shawnee Mission, KS
United States

| | |
|---|---|
| **INVOICE #** | 3822 |
| **DATE** | 06/01/2021 |
| **DUE DATE** | 07/01/2021 |
| **TERMS** | Net 30 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SM Column (deleted)**<br>Column placement on Shawnee Mission Post - May | 4 | 175.00 | 700.00 |

PAID

| | |
|---|---|
| PAYMENT | 700.00 |
| BALANCE DUE | **$0.00** |

**Post Publishing Inc.**
PO Box 8005
Prairie Village, KS  66208 US
(913) 669-3086
<span style="background:black">████████████████</span>
shawneemissionpost.com



**BILL TO**

David Smith
SMSD
8200 W. 71st St.
Shawnee Mission, KS
United States

**INVOICE #** 3836
**DATE** 07/01/2021
**DUE DATE** 07/31/2021
**TERMS** Net 30

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SM Sponsored Column**<br>Columnist content marketing on Shawnee Mission Post weekly - June | 4 | 175.00 | 700.00 |

PAID

| | | PAYMENT | 700.00 |
|---|---|---|---|
| | | BALANCE DUE | **$0.00** |

**Post Publishing Inc.**
PO Box 8005
Prairie Village, KS  66208 US
(913) 669-3086
████████████████████
shawneemissionpost.com



**BILL TO**
David Smith
SMSD
8200 W. 71st St.
Shawnee Mission, KS
United States

**INVOICE #** 3845
**DATE** 07/31/2021
**DUE DATE** 08/30/2021
**TERMS** Net 30

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **SM Sponsored Column**<br>Columnist content marketing on Shawnee Mission Post weekly - July | 5 | 175.00 | 875.00 |

PAID

| | | |
|---|---|---|
| | PAYMENT | 875.00 |
| | BALANCE DUE | **$0.00** |

**Post Publishing Inc.**

PO Box 8005

Prairie Village, KS  66208 US

(913) 669-3086



shawneemissionpost.com

**BILL TO**

David Smith

SMSD

8200 W. 71st St.

Shawnee Mission, KS

United States

**INVOICE #** 3867

**DATE** 09/01/2021

**DUE DATE** 10/01/2021

**TERMS** Net 30

| ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| **SM Sponsored Column**<br>Columnist content marketing on Shawnee Mission Post weekly - August | 4 | 175.00 | 700.00 |

Above is an invoice for your Post Publishing, Inc. ad ShawneeMissionPost.com. Thanks so much for your support -- we look forward to working with you in the future! Please make checks payable to Post Publishing, Inc.

You also may pay by credit card by clicking the "PAY NOW" button in the upper righthand of this screen.

Let me know if you have any questions.

Sincerely yours,
Dan Blom
Co-Publisher

**BALANCE DUE**

**$700.00**