# EXHIBIT 27

Exhibit 27





