# EXHIBIT 29

**Exhibit 29**









