# EXHIBIT 30

Exhibit 30

█████████████

**From:** CHRISTINA ALEXANDER [she/her/hers]
**Sent:** Thursday, April 11, 2024 11:11 AM
**To:** ███████████████
**Subject:** RE: 563-2023-04002 Sullivan Rebuttal Evidence Request

Good morning,

At this time, no further action is required from Charging Party. We are awaiting additional information from the Respondent, which is expected by May 3, 2024. Please let me know if you have any other questions or concerns.

Kind Regards,

*Christina Alexander*

**Mrs. Christina Alexander**
***Federal Investigator***
Oklahoma City Area Office
**U.S. Equal Employment Opportunity Commission**

215 Dean A. McGee Avenue, Ste. 524
Oklahoma City, OK 73102
PHONE:  (405) 666-0361
Check the status of your EEOC charge, or begin the process of filing online
by clicking ***HERE***

**CONFIDENTIALITY NOTICE:**
**This email and any attachments are confidential and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the E-Mail or any attachment is prohibited. If you have received this email in error, please inform the sender and delete this copy from your system.**

**From:** ████████████████ <████████████████>
**Sent:** Wednesday, April 10, 2024 10:00 AM
**To:** CHRISTINA ALEXANDER [she/her/hers] <██████████████████████████>
**Subject:** RE: 563-2023-04002 Sullivan Rebuttal Evidence Request

You don't often get email from ████████████████. Learn why this is important

Ms. Alexander:

We are following-up to make sure you received our email below.

As part of the EEOC's investigation, will the EEOC be requesting any documents from the Respondent? We noted some of the relevant documents in our previous correspondence.