## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JENNIFER CAEDRAN SULLIVAN,

Plaintiff

v.

UNIFIED SCHOOL DISTRICT 512, *et al.*,

Defendants.

Case No: 2:24-cv-02491-DDT-BGS

## UNOPPOSED MOTION TO REPLACE BRIEFS

COMES NOW Plaintiff Ms. Sullivan through her below-signed counsel, and respectfully moves the Court for leave to replace the briefs timely-filed yesterday, January 11, 2025 (ECF 47, 48), with the attached briefs correcting page references in the table of contents and other minor changes that do not affect the arguments or the authorities cited in the briefs.

Ms. Sullivan's below-signed counsel, at night after long hours, attempted to make Ms. Sullivan's brief and arguments clearer by including a table of contents for each and by distinguishing all defendants (collectively, "the Defendants") by inserting "the District" and "the Individual Defendants." Counsel admittedly had the opposite effect by converting the wrong MS Word documents to PDFs and by not adjusting the tables of contents to refer to the pages as numbered by the ECF filing. So Plaintiff proposes substituting the correct (or "fixed") briefs, or amending as the Court sees fit.

Defendants' counsel does not oppose the motion as long as the District's and the Individual Defendants' reply dates are calculated from the date of the substitution or amendment.

Plaintiff obviously agrees.

WHEREFORE, Plaintiff respectfully moves the Court replace or amend the briefs (ECF 47, 48) with the attached.

1

Respectfully submitted,

**EDMUNDS LAW OFFICE, LLC**


*/s/ Fritz Edmunds*
FRITZ EDMUNDS (KS Bar # 16829)
11715 W. 101st Street
Overland Park, Kansas 66214
(913) 669-3000
fritz@edmundslaw.com
ATTORNEY FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February 2025, the above was served by email on counsel for Defendants:

Greg P. Goheen
McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, 300
Kansas City, Kansas 66103
ggoheen@mvplaw.com

*/s/ Fritz Edmunds*
FRITZ EDMUNDS (KS Bar # 16829)