# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **JENNIFER CAEDRAN SULLIVAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 24-2491-DDC-BGS** |
| **v.** | ) | |
| | ) | |
| **UNIFIED SCHOOL DISTRICT NO. 512,** | ) | |
| **Johnson County, Kansas, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF'S
FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

**COME NOW** Defendants Unified School District No. 512, Johnson County, Kansas, Michelle Hubbard, Rachel England, Jeremy Higgins and David Ewers ("Defendants") and submit these supplemental responses and objections to Plaintiff's First Requests for Production of Documents pursuant to Fed.R.Civ.P. 34.

1.  All communications regarding Ms. Sullivan's opposition to the Deep Equity meetings and/or her request to be excused from attending same.

**RESPONSE:** Without waiving any prior objections or limitations raised, documents are produced as USD000389-USD000392.

2.  All versions of and all documents (including without limitation all drafts and revisions) constituting, describing, or implementing the Trans Practices/New Trans Orthodoxy, including without limitation the April 12, 2023 "Transgender Practices" or FAQ document and any related drafts, redlines, emails, or board-level or administrative changes and approvals, identifying the drafter(s) and those who approved same.

**RESPONSE:** Without waiving any prior objections or limitations raised, non-privileged documents are produced as USD000393-USD000427.

1

4.      All policies, handbooks, guidelines, directives, and training materials regarding the use of student names and pronouns by staff, including without limitation any directions to refer to students by "preferred" names or pronouns, and any changes to such policies during the Time Period. And any related drafts, redlines, emails, or board-level or administrative changes and approvals, identifying the drafter(s) and those who approved same.

**RESPONSE:** Without waiving any prior objections or limitations raised, non-privileged documents were previously produced as USD000001-USD000009 and are produced as USD000393-USD000504.  Additional documents will be made available for review and inspection at a mutually agreeable date.

5.      All policies, procedures, training materials, and communications concerning the handling, investigation, and documentation of student complaints of discrimination, harassment, or bullying, including without limitation under Policy AC and any related drafts, redlines, emails, or board-level or administrative changes and approvals, identifying the drafter(s) and those who approved same.

**RESPONSE:** Without waiving any prior objections or limitations raised, documents have been previously produced as USD000001-USD000009 and are produced as USD000428-USD000454 and USD000505-USD002667.

6.      All DEI Program, Deep Equity, and DEI or DEIB Curriculum materials used in the District including without limitation at Shawnee Mission North High School, including slides, handouts, videos, facilitator guides, reading lists, lesson plans, sign-in sheets, implementation schedules/charts for the Corwin Deep Equity curriculum, and post-training evaluations.

**RESPONSE:** Without waiving any prior objections or limitations raised, documents are produced as USD002668-USD004908. Additional documents will be made available for review and inspection at a mutually agreeable date.

7.      Documents disclosing all payments by the District to outside vendors, consultants, or trainers providing DEI, DEIB, or Deep Equity, services from 2018 to the present.

**RESPONSE:** Without waiving any prior objections or limitations raised, documents are produced as USD004909-USD005099.

9.      All correspondence, contracts, and other communications with, and evidence of payments made to Post Publishing Inc. or any of its subsidiaries, at any time during The Time Period.

**RESPONSE:** Without waiving any prior objections or limitations raised, documents are produced as USD005100-USD005118.

10.      All policies, requirements, training, or guidelines concerning monitoring or observing teachers' PLC meetings, classrooms, or teams, including any directives related to monitoring Ms. Sullivan's ELA PLC meetings and any related drafts, redlines, emails, or board- level or administrative changes and approvals, identifying the drafter(s) and those who approved same.

**RESPONSE:** Without waiving any prior objections or limitations raised, documents are produced as USD005119-USD005383.  Additional documents will be produced or made available for review and inspection at a mutually agreeable date.

11.      Ms. Sullivan's complete personnel file, including performance evaluations, observations, commendations, discipline records, corrective action records, and any documents maintained in any "shadow" or "confidential" file.

**RESPONSE:** Without waiving any prior objections or limitations raised, records relating to Plaintiff's employment were previously produced as USD000072-USD000300. Additional documents are produced as USD005384-USD005412.

12.      All documents concerning Ms. Sullivan's assignment to, and later removal from, Advanced Placement ("AP") classes, including selection criteria, workload distribution, internal discussions of changing her assignment, and documents identifying which teacher(s) received her

3

former AP classes, the reasons therefor, and any related drafts, redlines, emails, or board-level or administrative changes and approvals, identifying the drafter(s) and those who approved same.

**RESPONSE:** Without waiving any prior objections or limitations raised, documents are produced as USD005413-USD005533.

13.     All of the complaints (including without limitation all drafts and revisions), incident reports, notes, correspondence, and other documents created or received in connection with or that led to or resulted from the meeting on or about February 1, 2023 with Ms. Sullivan, defendant Ewers, and Associate Principal Durham (the "First Investigation").

**RESPONSE:** Without waiving any prior objections or limitations raised, documents are produced as USD005534-USD005597.

14.     All documents relating to any discipline, written reprimand, conference, or corrective action imposed on Ms. Sullivan on or about March 31, 2023 or thereafter, including without limitation any internal deliberations about the outcome(s) of the Second Investigation and any related drafts, redlines, emails, or board-level or administrative changes and approvals, identifying the drafter(s) and those who approved same.

**RESPONSE:** Without waiving any prior objections or limitations raised, non-privileged documents were previously produced as USD000072-USD000081 and are produced as USD005598.

16.     All documents referring or addressing Ms. Sullivan's "Opposition Letter" to DEI Coordinators (referenced as Ex. 4 in the Complaint), including without limitation the letter itself, and all communications among Defendants or other District personnel regarding the letter or Ms. Sullivan's objections to DEI programming.

**RESPONSE:** Without waiving any prior objections or limitations raised, documents are produced as USD000389-USD000392 and USD005599-USD005603.

17.     All documents referring or addressing Ms. Sullivan's Exposé Articles, including without limitation any monitoring, public-relations, or disciplinary discussions arising from or related to those articles.

**RESPONSE:** Without waiving any prior objections or limitations raised, documents are produced as USD005604-USD005907.

18.     All documents reflecting any complaints, concerns, or praise about Ms. Sullivan's teaching performance, classroom climate, or interactions with students or staff from 2018 to the present, including emails, notes of meetings, or summaries of parent or student feedback.

**RESPONSE:** Without waiving any prior objections or limitations raised, documents are produced in response to Request Nos. 13, 17 and 20 and as USD005908-USD006036.

19.     All documents relating to the First Investigation (January-February 2023), including without limitation:

  a.     Emails, notes, and internal communications among Defendants and District staff;

  b.     Any written statements or reports generated;

  c.     Notes or recordings of the January 23, 2023 and February 1, 2023 meetings with Ms. Sullivan.

  d.     Any drafts and final versions of the "expectation" that students with preferred names and pronouns "will be referred to by those preferences."

**RESPONSE:** Without waiving any prior objections or limitations raised, non-privileged documents are produced in response to Request No. 13.

20.     All documents (including without limitation all drafts and revisions) relating to the Second Investigation (February-March 2023) under Policy AC, including without limitation:

  a.     The Alleged Gender ID Complaint itself;

5

b.     Any accompanying or subsequent complaints or addenda;

c.     All interview notes, recordings, transcripts, and summaries relating to students, staff, or Ms. Sullivan (including without limitation the interrogation meeting of Ms. Sullivan held by defendants Higgins and England on or about March 3, 2023);

d.     Any investigative report, findings, determination, or conclusion, including the March 31, 2023 determination;

e.     All communications among Defendants and District personnel concerning the investigation, Ms. Sullivan, the decision to discipline or not discipline her and the decision for corrective action.

**RESPONSE:** Without waiving any prior objections or limitations raised, non-privileged documents have been previously produced as USD000311-USD000329, USD000332-USD000340 & USD000342-USD000348, in response to Request No. 14 and are produced as USD006037-USD006141. Any communications between Plaintiff and/or her counsel with Defendant USD No. 512 and/or its counsel are equally available to Plaintiff.

21.     All documents referring or relating to Defendants' refusal or failure to provide the Alleged Gender ID Complaint, or its contents, to Ms. Sullivan or her counsel, including communications citing FERPA or other reasons for withholding the document(s).

**RESPONSE:** Without waiving any prior objections or limitations raised, documents have been previously produced as USD000001-USD000071, USD000301-324 & USD000342-USD0-000347 or included with documents produced in response to Request No. 20. Any communications between Plaintiff and/or her counsel with Defendant USD No. 512 and/or its counsel are equally available to Plaintiff.

24.     All documents relating to Ms. Sullivan's grievance(s) or appeal(s) arising from the Second Investigation, including:

a.     Ms. Sullivan's written grievance(s) and appeals;

b.     District responses;

c.   Any internal communications about whether her grievance was "grievable";

d.   Any decisions or memoranda declining arbitration or further processing.

**RESPONSE:** Without waiving any prior objections or limitations raised, documents have been previously produced as USD000001-USD000011, USD000301-USD000331, USD000339-USD000340, USD000349-USD000372 & USD000382-USD000383 or included with documents produced in response to Request No. 20. Any communications between Plaintiff and/or her counsel with Defendant USD No. 512 and/or its counsel are equally available to Plaintiff.

26.   All documents relating to the decision to have District-level personnel monitor Ms. Sullivan's PLC or other meetings, including the identity of monitors, schedules, notes of observations, and any summary or feedback generated as a result of such monitoring.

**RESPONSE:** Without waiving any prior objections or limitations raised, documents are produced as USD005925-USD005947 and USD006142-USD006172.

27.   All documents relating to the student walk-out or protest described in paragraphs 359-365 and 361-363, including without limitation:

a.   Emails, messages, or other communications among Defendants, staff, or students about planning, approving, responding to, or disciplining (or not disciplining) students for the protest;

b.   Any photographs, videos, or recordings of the protest;

c.   Any District or School communications to parents or media about the protest.

**RESPONSE:** Without waiving any prior objections or limitations raised, documents are produced as USD005605, USD005705, USD005729-531, USD005733 and USD006173-USD006269.

31.   All public-relations, media, or communications-office documents or talking points concerning Ms. Sullivan, the Exposé Articles, or this lawsuit, including any drafts, press releases, social-media posts, or responses to media inquiries.

7

**RESPONSE:** Without waiving any prior objections or limitations raised, documents are produced as USD005924-USD5954 and USD006270-USD006290.

32.     Documents sufficient to show all teachers at Shawnee Mission North High School who taught AP English courses from 2018 to the present, including their assignments by course and year, and their qualifications for same.

**RESPONSE:** Without waiving any prior objections or limitations raised, documents are produced as USD005413-USD005515 and USD006291-USD006299.

33.     Documents sufficient to show all instances in which teachers were removed from AP courses, reassigned, or demoted during the Time Period, including reasons given and any contemporaneous documentation.

**RESPONSE:** Without waiving any prior objections or limitations raised, documents are produced in response to Request Nos. 12 and 32.

38.     Evidence of any racist flag(s) or book(s) in Ms. Sullivan's classroom.

**RESPONSE:** Without waiving any prior objections or limitations raised, documents are produced in response to Request No. 13 or are produced as USD006300-USD006301.

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, 300
Kansas City, Kansas  66103
Telephone:      (913) 371-3838
Facsimile:      (913) 371-4722
E-mail:ggoheen@mvplaw.com

By:  /s/ Gregory P. Goheen
        Gregory P. Goheen             #16291

Attorneys for Defendants Unified School District No. 512, Johnson County, Kansas, Mary Sinclair, Jessica Hembree, Jamie Borgman, April Boyd-Noronha, Heather Ousley, Mario Garcia, David Westbrook, Brad Stratton, Sara Goodburn, Michelle Hubbard, Joe Gilhaus, Rachel England, Michael Schumacher, Jeremy Higgins and David Ewers

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of February, 2026, I served the foregoing electronically to:

Fritz Edmunds
Edmunds Law Office, LLC
11715 W. 101st Street
Overland Park, KS 66214
Attorneys for Plaintiff

/s/ Gregory P. Goheen

9