# EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JENNIFER CAEDRAN SULLIVAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 24-2491-DDC-BGS |
| v. ) | |
| ) | |
| UNIFIED SCHOOL DISTRICT NO. 512, ) | |
| Johnson County, Kansas, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' SECOND SUPPLEMENT TO DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

**COME NOW** Defendants Unified School District No. 512, Johnson County, Kansas, Michelle Hubbard, Rachel England, Jeremy Higgins and David Ewers ("Defendants") and submit these second supplemental responses and objections to Plaintiff's First Requests for Production of Documents pursuant to Fed.R.Civ.P. 34.

Per the Court's Order (ECF No. 81), General Objection Nos. 1-7 together with the references to such General Objections in the responses to the individual Request Nos. 1-2, 4-6, 8-9, 13-14, 16-20, 23, 25, 33, & 38 are withdrawn.

Consistent with Fed.R.Civ.P. 26(b)(5)(B) & (e) and the Court's guidance during the March 12, 2026, pre-motion discovery conference, Defendants are not withholding any privileged documents in response to any individual Request unless identified on a privilege log and expressly do not waive any applicable privilege as a result of an incidental or inadvertent production or disclosure of an otherwise privileged document and, further, reserve the right to raise and assert any applicable privilege with regard to newly discovered information that may arise during the course of this litigation.

1

2.    All versions of and all documents (including without limitation all drafts and revisions) constituting, describing, or implementing the Trans Practices/New Trans Orthodoxy, including without limitation the April 12, 2023 "Transgender Practices" or FAQ document and any related drafts, redlines, emails, or board-level or administrative changes and approvals, identifying the drafter(s) and those who approved same.

**RESPONSE:** Defendants object to this Request as it seeks documents protected by the attorney/client privilege and/or the work product doctrine.  Documents withheld based on an asserted privilege are identified on Defendants' privilege log.

4.    All policies, handbooks, guidelines, directives, and training materials regarding the use of student names and pronouns by staff, including without limitation any directions to refer to students by "preferred" names or pronouns, and any changes to such policies during the Time Period. And any related drafts, redlines, emails, or board-level or administrative changes and approvals, identifying the drafter(s) and those who approved same.

**RESPONSE:** Defendants object to this Request as it seeks documents protected by the attorney/client privilege and/or the work product doctrine.  Documents withheld based on an asserted privilege are identified on Defendants' privilege log.

14.    All documents relating to any discipline, written reprimand, conference, or corrective action imposed on Ms. Sullivan on or about March 31, 2023 or thereafter, including without limitation any internal deliberations about the outcome(s) of the Second Investigation and any related drafts, redlines, emails, or board-level or administrative changes and approvals, identifying the drafter(s) and those who approved same.

**RESPONSE**: No documents have been withheld based upon attorney-client or work product privilege.

19.    All documents relating to the First Investigation (January-February 2023), including without limitation:

    a.      Emails, notes, and internal communications among Defendants and District staff;

    b.      Any written statements or reports generated;

    c.      Notes or recordings of the January 23, 2023 and February 1, 2023 meetings with Ms. Sullivan.

    d.      Any drafts and final versions of the "expectation" that students with preferred names and pronouns "will be referred to by those preferences."

**RESPONSE**: Defendants object to this Request as it seeks documents protected by the attorney/client privilege and/or the work product doctrine. Documents withheld based on an asserted privilege are identified on Defendants' privilege log.

20.    All documents (including without limitation all drafts and revisions) relating to the Second Investigation (February-March 2023) under Policy AC, including without limitation:

a. The Alleged Gender ID Complaint itself;

b. Any accompanying or subsequent complaints or addenda;

c. All interview notes, recordings, transcripts, and summaries relating to students, staff, or Ms. Sullivan (including without limitation the interrogation meeting of Ms. Sullivan held by defendants Higgins and England on or about March 3, 2023);

d. Any investigative report, findings, determination, or conclusion, including the March 31, 2023 determination;

e. All communications among Defendants and District personnel concerning the investigation, Ms. Sullivan, the decision to discipline or not discipline her and the decision for corrective action.

**RESPONSE**: Defendants object to this Request as it seeks documents protected by the attorney/client privilege and/or the work product doctrine. Documents withheld based on an asserted privilege are identified on Defendants' privilege log.

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, 300
Kansas City, Kansas  66103
Telephone:     (913) 371-3838
Facsimile:     (913) 371-4722
E-mail: ggoheen@mvplaw.com


By:   /s/ Gregory P. Goheen
     Gregory P. Goheen       #16291

Attorneys for Defendants Unified School District No. 512, Johnson County, Kansas, Mary Sinclair, Jessica Hembree, Jamie Borgman, April Boyd-Noronha, Heather Ousley, Mario Garcia, David Westbrook, Brad Stratton, Sara Goodburn, Michelle Hubbard, Joe Gilhaus, Rachel England, Michael Schumacher, Jeremy Higgins and David Ewers

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March, 2026, I served the foregoing electronically to:

Fritz Edmunds
Edmunds Law Office, LLC
11715 W. 101st Street
Overland Park, KS 66214
Attorneys for Plaintiff


                  /s/ Gregory P. Goheen