# EXHIBIT 4

**Sullivan v. Unified School District No. 512, et al., Case No. 24-2491-DDC-BGS**

**PRIVILEGE LOG**

| Bates No./ Number of Pages | Description | Date | Author(s) | Person(s) for Whom Prepared | Purpose of Preparation of the Document | Basis of Withholding Discovery/Specific Privilege Asserted | Privilege Elements |
|---|---|---|---|---|---|---|---|
| 1 | Email | 08/14/19 | R. England | R. Atha and E. Streich | Prepared to transmit legal advice on transgender student issues | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 08/22/19 | R. England | M. Fulton | Prepared to transmit legal advice on non-discrimination policy | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 09/12/19 | R. England | M. Fulton and T. Wintering | Prepared to transmit legal advice on discrimination, harassment and retaliation policy | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 09/17/19 | E. Streich | C. Ziegler, J. McKinney, T. Bates, R. Atha and R. England | Prepared to seek legal advice on transgender practices/guideline | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |
| 1 | Email | 06/08/20 | R. England | T. Bates and J. McKinney | Prepared to transmit legal advice on discrimination, harassment and retaliation policy | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 06/08/20 | J. McKinney | R. England and T. Bates | Prepared to seek legal advice on discrimination, | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |

1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | harassment and retaliation policy | | |
| 1 | Email | 06/08/20 | R. England | T. Bates and J. McKinney | Prepared to transmit legal advice on discrimination, harassment and retaliation policy | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 06/08/20 | R. England | M. Schumacher, L. Sigg and D. Sumner | Prepared to transmit legal advice on discrimination, harassment and retaliation policy | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 06/08/20 | R. England | M. Schumacher, L. Sigg and D. Sumner | Prepared to transmit legal advice on discrimination, harassment and retaliation policy | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 06/08/20 | D. Sumner | R. England, M. Schumacher, L. Sigg | Prepared to seek legal advice on discrimination, harassment and retaliation policy | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |
| 1 | Email | 06/10/20 | R. England | C. Ziegler | Prepared to transmit legal advice on discrimination, harassment and retaliation policy | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 06/16/20 | R. England | J. McKinney, T. Bates and R. Kramer | Prepared to transmit legal advice on discrimination, harassment and retaliation policy | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 06/16/20 | M. Schumacher | R. England, D. Sumner and L. Sigg | Prepared to seek legal advice on discrimination, | Attorney-Client Privilege and | Email communication seeking legal advice, |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | harassment and retaliation policy | Work-Product Privilege | communication and analysis |
| 1 | Email | 06/16/20 | R. England | M. Fulton, S. Goodburn, J. Hembree, T. Wintering and H. Ousley | Prepared to transmit legal advice on discrimination, harassment and retaliation policy | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 06/16/20 | M. Fulton | R. England, S. Goodburn, J. Hembree, T. Wintering and H. Ousley | Prepared to seek legal advice on discrimination, harassment and retaliation policy | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |
| 1 | Email | 06/17/20 | R. Kramer | R. England | Prepared to seek legal advice on discrimination, harassment and retaliation policy | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |
| 1 | Email | 06/17/20 | R. England | R. Kramer | Prepared to transmit legal advice on discrimination, harassment and retaliation policy | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 06/17/20 | R. Kramer | R. England | Prepared to seek legal advice on discrimination, harassment and retaliation policy | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |
| 1 | Email | 06/17/20 | R. England | R. Kramer | Prepared to transmit legal advice on discrimination, harassment and retaliation policy | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 06/17/20 | R. England | M. Fulton, S. Goodburn, J. Hembree, T. Wintering and H. Ousley | Prepared to transmit legal advice on discrimination, | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |

3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | harassment and retaliation policy | | |
| 1 | Email | 06/19/20 | R. England | M. Fulton, S. Goodburn, J. Hembree, H. Ousley and T. Wintering | Prepared to transmit legal advice on discrimination, harassment and retaliation policy | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 06/19/20 | R. England | P. Lewis, J. Gilhaus, M. Moore, S. Trenholm, M. Hubbard and J. McKinney | Prepared to transmit legal advice on discrimination, harassment and retaliation policy | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 06/24/20 | T. Bates | R. England, D. Smith and J. McKinney | Prepared to seek legal advice on race discrimination issue | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |
| 1 | Email | 06/24/20 | R. England | T. Bates, D. Smith and J. McKinney | Prepared to transmit legal advice on racial harassment and nondiscrimination statement | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 07/23/20 | R. England | S. Goodburn, J. Hembree, J. Borgman, M. Fulton, S. Bury and T. Wintering | Prepared to transmit legal advice on discrimination, harassment and retaliation policy | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 08/11/20 | R. England | S. Goodburn, J. Hembree, J. Borgman, M. Fulton, S. Bury and T. Wintering | Prepared to provided legal advice on potential policies | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 08/11/20 | R. England | M. Fulton and T. Wintering | Prepared to transmit legal advice on discrimination, | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |

4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | harassment and retaliation policy | | |
| 1 | Email | 08/18/20 | R. England | T. Wintering | Prepared to provided legal advice on potential policies | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 09/09/20 | J. McKinney | R. England | Prepared to seek legal advice on transgender student issues | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |
| 1 | Email | 02/03/21 | R. England | S. Goodburn, J. Hembree, J. Borgman, M. Fulton, S. Bury and T. Wintering | Prepared to provide legal advice on potential policies | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 05/05/21 | J. McKinney | R. England | Prepared to seek legal advice on transgender student issues | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |
| 1 | Email | 08/04/21 | J. McKinney | R. England | Prepared to seek legal advice on transgender student issues | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |
| 1 | Email | 04/01/22 | R. England | J. McKinney | Prepared to transmit legal advice on potential policy revisions | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 10/12/22 | M. Hubbard | R. England | Prepared to seek legal advice on transgender student issues | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |
| 1 | Email | 01/10/23 | R. England | J. McKinney | Prepared to transmit legal advice on policy revisions | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 01/10/23 | J. McKinney | R. England | Prepared to seek legal advice on policy revisions | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |

| 1 | Email | 01/10/23 | R. England | J. McKinney | Prepared to transmit legal advice on policy revisions | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
|---|---|---|---|---|---|---|---|
| 1 | Email | 01/10/23 | J. McKinney | R. England | Prepared to seek legal advice on policy revisions | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |
| 1 | Email | 01/10/23 | R. England | J. McKinney | Prepared to transmit legal advice on policy revisions | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 02/21/23 | J. Higgins | R. England | Prepared to seek legal advice on employee inquiry | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |
| 1 | Email | 02/28/23 | J. Higgins | R. England | Prepared to seek legal advice on employee inquiry | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |
| 1 | Email | 04/23/23 | J. Higgins | R. England | Prepared to seek legal advice on employee inquiry | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |
| 1 | Email | 04/25/23 | D. Smith | R. England | Prepared to seek legal advice on patron inquiry | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |
| 1 | Email | 04/25/23 | R. England | D. Smith | Prepared to transmit legal advice on patron inquiry | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 05/04/23 | D. Smith | R. England | Prepared to seek legal advice on media inquiry | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |
| 1 | Email | 05/04/23 | R. England | D. Smith | Prepared to transmit legal advice on to media inquiry | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |

6

| 1 | Email | 05/05/23 | R. England | D. Smith | Prepared to transmit legal advice on to media inquiry | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
|---|---|---|---|---|---|---|---|
| 1 | Email | 08/05/23 | D. Smith | R. England and M. Hubbard | Prepared to seek legal advice on parent concern | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |
| 1 | Email | 08/07/23 | R. England | D. Ewers and M. Hubbard | Prepared to transmit legal advice on parent concern | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 11/06/24 | R. England | D. Smith, M. Schumacher, D. Stubblefield, J. Higgins, P. Lewis and R. Knapp | Prepared to transmit legal advice on media inquiry | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 11/06/24 | M. Schumacher | R. England, D. Smith, D. Stubblefield, J. Higgins, P. Lewis and R. Knapp | Prepared to seek legal advice on media inquiry | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |
| 1 | Email | 11/06/24 | D. Smith | R. England, M. Schumacher D. Stubblefield, J. Higgins, P. Lewis and R. Knapp | Prepared to seek legal advice on media inquiry | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |
| 1 | Email | 11/06/24 | R. England | D. Smith, M. Schumacher, D. Stubblefield, J. Higgins, P. Lewis and R. Knapp | Prepared to transmit legal advice on media inquiry | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 11/07/24 | R. England | D. Ewers, D. Jamison, J. Durham, L. Brogden, M. Schumacher, D. Stubblefield, D. Smith, J. Higgins and P. Lewis | Prepared to transmit legal advice on media inquiries | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |

| 1 | Email | 11/11/24 | D. Smith | R. England | Prepared to seek legal advice on former student inquiry | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |
|---|---|---|---|---|---|---|---|
| 1 | Email | 11/11/24 | R. England | D. Smith | Prepared to transmit legal advice on former student inquiry | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 11/11/24 | D. Smith | R. England | Prepared to seek legal advice on former student inquiry | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |
| 1 | Email | 11/11/24 | D. Smith | D. Ewers and R. England | Prepared to seek legal advice on former student inquiry | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |
| 1 | Email | 11/15/24 | D. Smith | R. England and D. Ewers | Prepared to seek legal advice on former student inquiry | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |
| 1 | Email | 11/15/24 | R. England | D. Smith and D. Ewers | Prepared to transmit legal advice on former student inquiry | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 11/21/24 | D. Ewers | R. England and J. Higgins | Prepared to seek legal advice about employee concern | Attorney-Client Privilege and Work-Product Privilege | Email communication seeking legal advice, communication and analysis |
| 1 | Email | 03/24/25 | B. Rose | R .England and D. Ewers | Prepared to seek seek legal advice on response to inquiry | Attorney-Client Privilege and Work-Product Privilege | Email communication sought legal advice, communication and analysis |
| 1 | Email | 03/24/25 | D. Ewers | R. England | Prepared to seek legal advice on response to inquiry | Attorney-Client Privilege and Work-Product Privilege | Email communication sought legal advice, communication and analysis |
| 1 | Email | 03/24/25 | R. England | D. Ewers | Prepared to transmit legal advice on inquiry | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |

| 1 | Email | 03/24/25 | D. Ewers | B. Rose | Prepared to seek legal advice on inquiry | Attorney-Client Privilege and Work-Product Privilege | Email communication transmitting legal advice, communication and analysis |
| 1 | Email | 03/25/25 | R. England | B. Rose and D. Ewers | Prepared to transmit legal advice to inquiry | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 1 | Email | 03/25/25 | B. Rose | R. England | Prepared to seek legal advice on inquiry | Attorney-Client Privilege and Work-Product Privilege | Email communication discussed legal advice, communication and analysis |
| 3 | Memo | 04/25/25 | R. England | USD No. 512 Board of Education | Prepared to transmit legal advice on Title IX and transgender students | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |
| 9 | Chart of Executive Orders | 04/25/25 | R. England | USD No. 512 Board of Education | Prepared to transmit legal advice on Title IX and transgender executive orders or directives | Attorney-Client Privilege and Work-Product Privilege | Email communication contained legal advice, communication and analysis |

9