# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JENNIFER CAEDRAN SULLIVAN**, *Plaintiff* <br><br> *v.* <br><br> **UNIFIED SCHOOL DISTRICT 512**, *et al.* *Defendants.* | Case No: 2:24-2491-DDC-BGS |

### DECLARATION OF FRITZ EDMUNDS
### IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL

I, Fritz Edmunds, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney duly licensed to practice law in the State of Kansas and am counsel of record for Plaintiff Jennifer Caedran Sullivan in the above-captioned matter. I have personal knowledge of the facts stated in this Declaration.

2. On January 5, 2026, Plaintiff served her First Requests for Production of Documents on Defendants.

3. Defendants served their initial responses on February 3, 2026, with no documents produced. Supplemental responses and partial productions were served on February 17, 2026, and March 20, 2026. Defendants produced documents on February 23, 24, March 18, 27, April 3, and a production of 5,450 pages was served on April 22, 2026. True and correct copies of Defendants' discovery responses and objections are attached to Plaintiff's motion as Exhibits 1, 2, and 3.

4. Since February 6, 2026, I have made at least the following good-faith attempts to confer with Defendants' counsel regarding outstanding discovery issues: Emails sent on February 6, 11, 13, 16, 18, 24, 25, March 2, 3, 5, 10, 30, 31, April 1, 2, 6, 8, 10, and 22 (including two golden rule letters); Telephone calls that went unanswered on April 1, 2, and 8, 20; and a Text message on April 8.

5. Despite these repeated attempts, Defendants' counsel did not meaningfully confer or resolve the deficiencies prior to the filing of this motion, except one phone conversation February 18 that was not productive. This lack of cooperation is consistent with the pattern noted in ECF No. 65, ¶ 2(i).

6. Defendants' productions contain multiple deficiencies, including:

 a) Approximately 863 redactions in the initial 6,485-page production and additional redactions in the April 22 production, with no privilege log entries justifying most redactions (see Exhibit 4 to the motion);

 b) The complete absence of Bates page USD005598, which Defendants identified as responsive to RFP 14;

 c) More than 125 broken or authorization-restricted hyperlinks in the earlier production, with similar issues in the April 22 production;

 d) No production of any interview recordings other than Plaintiff's from the Second Investigation of Plaintiff, despite their responsiveness to RFPs 19 and 20.

 e) The production of 5,450 pages two days ago on April 22, 2026 was not organized or labeled to correspond with the specific RFPs. It also contains numerous duplicates, additional redactions, and many documents that do not appear

2

responsive to the narrowed recipients/senders and date range previously agreed to by Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed April 24, 2026.

Respectfully submitted,

**EDMUNDS LAW OFFICE, LLC**

*/s/ Fritz Edmunds*
FRITZ EDMUNDS (KS Bar # 16829)
11715 W. 101st Street
Overland Park, Kansas 66214
(913) 669-3000
fritz@edmundslaw.com
ATTORNEY FOR PLAINTIFF