IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JENNIFER CAEDRAN SULLIVAN**, *Plaintiff* <br><br> *v.* <br><br> **UNIFIED SCHOOL DISTRICT 512**, *et al.* *Defendants.* | Case No: 2:24-2491-DDC-BGS |

### SUPPLEMENTAL DECLARATION OF FRITZ EDMUNDS IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL (ECF 90)

I, Fritz Edmunds, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney duly licensed to practice law in the State of Kansas and am counsel of record for Plaintiff Jennifer Caedran Sullivan in the above-captioned matter. I have personal knowledge of the facts stated in this Declaration.

2. On April 22, 2026, Defendants served 5,450 pages (Bates-stamped USD006514-011963) on Plaintiff Ms. Sullivan.

3. The deadline for filing Plaintiff's motion to compel was April 24, 2026.

4. In the limited time to review the documents since they were served, it has been discovered that the documents produced are replete with redactions and with broken hyperlinks obfuscating the related documents.

5. Plaintiff provides herewith just a few examples of the redactions and the documents with broken hyperlinks. They are attached hereto as **Exhibit 1** and **Exhibit 2**, respectively.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed April 27, 2026.

Respectfully submitted,

**EDMUNDS LAW OFFICE, LLC**

*/s/ Fritz Edmunds*
FRITZ EDMUNDS (KS Bar # 16829)
11715 W. 101st Street
Overland Park, Kansas 66214
(913) 669-3000
fritz@edmundslaw.com
ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026 the above and foregoing was served on counsel for Defendants, Greg Goheen at ggoheen@mvplaw.com.

/s/Fritz Edmunds
ATTORNEY FOR PLAINTIFF