# EXHIBIT 1



CONFIDENTIAL



CONFIDENTIAL

USD008244

**Sent:** 8/13/2025 12:29:49 PM
**From:** Lacy Warren <LacyWarren@smsd.org
**To:** "David"
**Cc:**
**Bcc:**
**Importance:** Normal
**Subject:** Re: URGENT - Honors English 10
**Attachments:** image001.png , image002.png , image003.png



CONFIDENTIAL



**From:** Jon Durham <JonDurham@smsd.org>
**Date:** Tuesday, August 12, 2025 at 7:10 PM
**To:** David Ewers <davidewers@smsd.org>
**Subject:** Fw: URGENT - Honors English 10

More to chat about…

CONFIDENTIAL

USD008281