# EXHIBIT 2

**Sent:** 9/12/2023 9:05:24 AM

**From:** Heather Ousley <Ousley

**To:** "Michelle" , "Mary"

**Cc:**

**Bcc:**

**Importance:** Normal

**Subject:** Fwd: Update regarding the ELA 3 PLC

**Attachments:** image001.png , Caedran Sullivan in her own words.pdf

---

Morning!

Curious if there is an update re: the attached and if so could we have a briefing for the board. I thought it had perhaps died down somewhat, but appears that is not the case.

If nothing else, I wouldn't mind being made aware of the current situation, so I know the dynamics when I'm in the building.

Get Outlook for iOS

**From:** Bradley Rose <bradleyrose@smsd.org>

**Sent:** Monday, September 11, 2023 4:12:02 PM

**To:** David Ewers <davidewers@smsd.org>; Scott Sherman <scottsherman@smsd.org>; Monica Morris <monicamorris260@smsd.org>

**Cc:** Jill Johnson <jilljohnson@smsd.org>; David Smith <davidsmith@smsd.org>; Mary Sinclair <marysinclair@smsd.org>; Jessica Hembree <jessicahembree@smsd.org>; Jamie Borgman <jamieborgman@smsd.org>; April BoydNoronha <AprilBoydNoronha@smsd.org>; Sara Goodburn <saragoodburn@smsd.org>; Heather Ousley <heatherousley@smsd.org>; Brad Stratton <BradStratton@smsd.org>

**Subject:** FW: Update regarding the ELA 3 PLC

Mr. Ewers,

In response to Caedran's email below, attached is documentation that I have compiled from Caedran's own public statements that show why her colleagues would not feel safe to work with her. At this point, we feel like the district's response and support has not been enough. We, as teachers, have already spent too much time and effort directed away from our work for students to deal with this issue. As long as Caedran continues to speak and publish publicly, we do not feel comfortable working with her in a PLC setting. As stated multiple times previously, this is not a matter of ideological differences; this is a matter of professional safety and not wanting to become the target of her next clickbait headline.

After you have a chance to review the attached document, Monica and I would like to meet with you and Dr. Sherman to discuss possible solutions that the district would support. We are proposing a 20-minute meeting on Thursday morning at 8:10. Please let me know if that works.

Thank you,

Bradley Rose
Shawnee Mission North High School
ELA 1 Honors & ELA 3 Teacher
913-993-6988

---

**From:** Caedran Sullivan <caedransullivan@smsd.org>

**Date:** Friday, September 8, 2023 at 2:35 PM

**To:** Bradley Rose <bradleyrose@smsd.org>, David Ewers <davidewers@smsd.org>, Monica Morris <monicamorris260@smsd.org>

**Subject:** Re: Update regarding the ELA 3 PLC

CONFIDENTIAL                                                                USD007478