IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JENNIFER CAEDRAN SULLIVAN, <br> *Plaintiff* <br><br> *v.* <br><br> UNIFIED SCHOOL DISTRICT 512, *et al.* <br> *Defendants.* | Case No: 2:24-2491-DDC-BGS |

**CERTIFICATE OF SERVICE OF**
**PLAINTIFF'S DISCOVERY REQUESTS**

On April 29, 2026 I served on Defendants by email to Greg P. Goheen

ggoheen@mvplaw.com the following:

    1. PLAINTIFF'S SECOND REQUESTS FOR ADMISSION TO DEFENDANT UNIFIED SCHOOL DISTRICT NO. 512;

    2. PLAINTIFF'S SECOND INTERROGATORIES TO DEFENDANT UNIFIED SCHOOL DISTRICT NO a. 512;

    3. PLAINTIFF'S THIRD REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS;

                    Respectfully submitted,

                    **EDMUNDS LAW OFFICE, LLC**

                    */s/ Fritz Edmunds*
                    FRITZ EDMUNDS (KS Bar # 16829)
                    11715 W. 101st Street
                    Overland Park, Kansas 66214
                    (913) 669-3000
                    fritz@edmundslaw.com
                    ATTORNEY FOR PLAINTIFF

1