**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**EXHIBIT**
**B**

| | | |
|---|---|---|
| **JENNIFER CAEDRAN SULLIVAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 24-2491-DDC-BGS** |
| **v.** | ) | |
| | ) | |
| **UNIFIED SCHOOL DISTRICT NO. 512,** | ) | |
| **Johnson County, Kansas, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT UNIFIED SCHOOL DISTRICT NO. 512'S RESPONSE TO PLAINTIFF'S 30(b)(6) DEPOSITON NOTICE DUCES TECUM FOR USD 512**

1. Statements from and communications with each potential witness identified by Defendants in Defendants' Fed. R. Civ. P. 26 disclosures, including without limitation the parents of any minors identified.

**RESPONSE:** Defendant incorporates its response to Plaintiff's Second Requests for Production No. 3.

2. All documents received from and produced to the US Department of Education investigation into possible violations of federal law, including without limitation FERPA and Title IX, within the past two years.

**RESPONSE:** Defendant incorporates its response to Plaintiff's Second Requests for Production No. 14.

3. Documents sufficient to provide details for the completion of the implementation charts for Shawnee Mission North (forms appearing on pages 259–266 of We Can't Lead Where We Won't Go, Exhibit 15 to the complaint in this matter).

**RESPONSE:** Defendant incorporates its response to Plaintiff's Second Requests for Production No. 5.

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, 300
Kansas City, Kansas 66103
Telephone: (913) 371-3838
Facsimile: (913) 371-4722
E-mail:ggoheen@mvplaw.com

By: /s/ Gregory P. Goheen
Gregory P. Goheen #16291

Attorneys for Defendants Unified School District No. 512, Johnson County, Kansas, Mary Sinclair, Jessica Hembree, Jamie Borgman, April Boyd-Noronha, Heather Ousley, Mario Garcia, David Westbrook, Brad Stratton, Sara Goodburn, Michelle Hubbard, Joe Gilhaus, Rachel England, Michael Schumacher, Jeremy Higgins and David Ewers

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of July, 2026, the above and foregoing was sent electronically to the following:

/s/ Gregory P. Goheen