**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **JENNIFER CAEDRAN SULLIVAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 24-2491-DDC-BGS** |
| **v.** | ) | |
| | ) | |
| **UNIFIED SCHOOL DISTRICT NO. 512,** | ) | |
| **Johnson County, Kansas, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

Defendants state to the Court that July 27, 2026, they served their Second Supplemental Responses and Objections to Plaintiff's Second Requests for Production of Documents upon Fritz Edmunds, attorneys for Plaintiff.

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, 300
Kansas City, Kansas 66103
Telephone: (913) 371-3838
Facsimile: (913) 371-4722
E-mail:ggoheen@mvplaw.com

By: /s/ Gregory P. Goheen
Gregory P. Goheen #16291

Attorneys for Defendants Unified School District No. 512, Johnson County, Kansas, Mary Sinclair, Jessica Hembree, Jamie Borgman, April Boyd-Noronha, Heather Ousley, Mario Garcia, David Westbrook, Brad Stratton, Sara Goodburn, Michelle Hubbard, Joe Gilhaus, Rachel England, Michael Schumacher, Jeremy Higgins and David Ewers

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of July, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which provided notice to:

Fritz Edmunds
Edmunds Law Office, LLC
11715 W. 101st Street
Overland Park, KS 66214
Attorneys for Plaintiff

/s/ Gregory P. Goheen