UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

EXHIBIT A

________________________________

JENNIFER CAEDRAN SULLIVAN,

Plaintiff,

v. Case No.

UNIFIED SCHOOL DISTRICT NO. 512, 2:24-2491-DDC-BGS

et al.,

Defendant.

________________________________

VIDEOTAPED DEPOSITION OF RACHEL ENGLAND

AS 30(B)(6) CORPORATE REPRESENTATIVE FOR USD 512

DATE: Wednesday, July 8, 2026

TIME: 3:12 p.m.

LOCATION: Shawnee Mission School District
Center for Academic Achievement
8200 West 71st Street
Overland Park, KS 66204

REPORTED BY: Kathleen Behrens

JOB NO.: 8266352

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF JENNIFER CAEDRAN SULLIVAN:

FRITZ EDMUNDS, ESQUIRE
Edmunds Law Office, LLC
11715 West 101st Street
Overland Park, KS 66214
fritz@edmundslaw.com
(913) 669-3000

ON BEHALF OF DEFENDANT UNIFIED SCHOOL DISTRICT NO. 512:

GREG P. GOHEEN, ESQUIRE
McAnany, VanCleave & Phillips
10 East Cambridge Circle Drive, Suite 300
Kansas City, KS 66103
ggoheen@mvplaw.com
(913) 573-3325

ALSO PRESENT:

Dave Ewers, Principal
Dr. Jeremy Higgins, Associate Superintendent of Human Resources
Jennifer Caedran Sullivan, Plaintiff
Drew Dale, Legal Assistant, Edmunds Law Office
Richard Deasley, Videographer

charge.

BY MR. EDMUNDS:

Q Okay. And then when they asked for additional information, did you respond to that?

MR. GOHEEN: Object to the form of the question.

You can answer.

THE WITNESS: I have no idea what additional information you are referring to.

BY MR. EDMUNDS:

Q Okay. You see in the exhibit which is the notice for today's deposition, number 15?

A Yes.

Q Okay. What, if anything, did you do to prepare for your testimony on number 15?

A As previously stated, I met with Mr. Goheen.

Q Anything else?

A No.

Q Okay. What is the district's contention as to why it did not participate in the appeal grievance process following the second investigation, including but not limited to arbitration?

A What is the second investigation?

Q The Policy AC investigation.

A So you are a witness to this matter. And

you are well aware, because I sent you a detailed email explaining to you why it was not appealable. And as a witness to this matter, you are aware of the answer to that question.

Q And what is your testimony as to why?

A The reasons that were set forth in that email that I sent to you.

Q Nothing else?

A No.

Q Okay. If not retaliation, what's your contention as to why you disciplined the plaintiff in connection with the second investigation, the Policy AC investigation?

A If you are asking about a specific response to a contention interrogatory, I would need to see that response and refer to it. I do not remember off the top of my head the response that we made to each of the numerous interrogatories in this case.

Q Okay. That's why I'm asking you in your testimony. I've received the written response. I'm asking you what's the basis for it?

A The same basis as stated in response to the contention interrogatory.

Q Okay. Did you discipline the plaintiff in response to the second investigation?