IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JENNIFER CAEDRAN SULLIVAN,
Plaintiff,
vs. No. 24-2491-DDC-BGS
UNIFIED SCHOOL DISTRICT
NO. 512, JOHNSON COUNTY,
KANSAS, et al.,
Defendants.

EXHIBIT
B

DEPOSITION OF JENNIFER CAEDRAN SULLIVAN, the Plaintiff, taken on behalf of the Defendants before Sharon R. Larrick, CSR No. 767, CCR No. 765, RMR, CRR, CRC, pursuant to Notice on the 15th day of July, 2026, at the Center for Academic Achievement, 8200 West 71st Street, Board Conference Room, Shawnee Mission, Kansas.

APPEARANCES

APPEARING FOR THE PLAINTIFF:

MR. FRITZ EDMUNDS
EDMUNDS LAW OFFICE, LLC
11715 W. 101st Street
Overland Park, KS 66214
913.669.3000
fritz@edmundslaw.com

APPEARING FOR THE DEFENDANTS:

MR. GREGORY P. GOHEEN
McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive
Suite 300
Kansas City, KS 66103
913.371.3838
ggoheen@mvplaw.com

ALSO PRESENT:

Mr. Drew Dale

to read it into the record?

MR. GOHEEN: Absolutely not. I'm asking for an answer to my question.

A. There were a lot of things that were --

BY MR. GOHEEN:

Q. What do you specifically believe was wrong with the District's process?

A. What it says in this document.

Q. Okay. What did you want the District to do?

A. That would be a question for my legal counsel.

Q. Okay. Previously in a prior deposition -- you see that this one is one that was produced by the School District at the bottom because it's got Bates numbers on it, right?

A. Yes.

Q. Okay. In a prior deposition -- and again, I don't have copies of the deposition exhibit -- this was marked as Exhibit 28; do you see that?

A. Yes.

Q. Do you know why there's a different date at the top of that document, March 13th

A. Correct.
Q. You would agree with me that the determination that you got from the Policy AC investigation is not a non-renewal, termination or suspension, correct?
A. Correct.
Q. Okay. Have you read Policy AC?
A. I've looked at it.
Q. Okay. Are you aware of any provision in Policy AC that would allow you to, as the respondent, appeal from a determination that found that you did not violate Policy AC?
MR. EDMUNDS: Objection to form.
A. Those are confusing policies that would be a question for my attorney.
BY MR. GOHEEN:
Q. Okay. But you don't yourself have any opinion on that one way or another?
MR. EDMUNDS: Same objection.
A. I would need -- that would be a question for my attorney to answer.
BY MR. GOHEEN:
Q. Okay. It appears that on the email on the front of this page that was responding to Miss England from Mr. Edmunds, that the email

A. My attorney.
Q. Okay. Do you know if your attorney had any communications with anybody at the District on your behalf about it?
A. I do not know.
Q. Okay. Who is Chandra Beadleston?
A. She was the lead of the Shawnee Mission North DEI team, I believe.
Q. It looks like the email from David Ewers was sent out on April 16th, 2023. Does that sound about right?
A. Yes.
MR. GOHEEN: Let's go ahead and mark it.
(Deposition Exhibit No. 18 was marked for identification.)
BY MR. GOHEEN:
Q. I hand you what's marked as Exhibit 18. I assume you've seen this document before today; is that correct?
A. I have.
Q. Okay. And this is the email exchange you're talking about with Mr. Ewers?
A. I believe so.
Q. Okay. And you inquire of Mr. Ewers on

Q. Okay. He wasn't running around asking kids about that after you published the article, was he?

A. Prior to that article coming out, there was discussion with other students about my allegations that I was doing racist type things or treating people of color differently than other students.

Q. In connection with the investigation, correct?

A. In connection with the investigation.

Q. Okay. So I understand that and we've talked about that already, and I want to try to get through the rest of the stuff here so we can get out of here. What I'm trying to figure out now is -- you've made allegations about this student protest and I think you've pointblank told me you think the District is responsible for that, right?

A. I do think the District had some responsibility in that protest.

Q. Okay. And the District -- how the District handled that you believe has caused you damages and is part of your claim, right?

A. I don't know. That's a question for my

attorney.
Q. Okay. And all I'm trying to ask you right now is -- and if the answer is you don't have any idea what the District could have done differently or what you would have expected the District to do differently, that's fine. But I do want to know, do you believe that the District should have done something differently? And if so, what?
A. I don't believe those allegations with no merit should have been brought forth.
Q. You don't think the District should have conducted the investigation?
MR. EDMUNDS: Objection to form.
A. I'm saying that there was no merit for that investigation to go on any sort of racist allegations towards what I was doing.
BY MR. GOHEEN:
Q. And you believe that caused the students to protest after you wrote this article and put it in the newspaper?
A. The Deep Equity curriculum also created any -- that whole dynamic.
Q. The Deep Equity training for teachers and staff you believe created an environment

Q. Miss Sullivan, as I understand it, you wrote a second article with "The Lion"; is that right?
A. Yes.
Q. Okay. What was the purpose or reason for writing the second article?
A. It's in the article.
Q. Okay. And you don't have anything to add beyond what's in the article as for the reason why you wrote the second article; is that fair?
A. I don't -- did you ask do I have anything to add to the article or why?
Q. Nope, I did not. What I asked was do you have any reason beyond what you just stated for why you wrote the second article?
A. No. Everything is in the article.
Q. Okay. And there's no other reasons?
A. No.
Q. Okay. You pursued -- as part of your efforts to grieve or appeal the AC determination, you argued at one point in time or your attorney argued at one point in time on your behalf to District officials that the matter should proceed forward to arbitration

Q. That's the claim, as I understand it. Is that your understanding of the claim?

A. There are two different types of retaliation. One when I opposed the Deep Equity curriculum after my letter to Ewers --

Q. In 2021?

A. -- and then -- yes. And then, once again, with the -- after the articles.

Q. Okay. So I'm just talking about the articles at this point. So what do you believe the District did to retaliate against you after you wrote those articles in "The Lion"?

A. I had my AP classes taken from me.

Q. Okay.

A. I was ostracized by staff and administration. I -- let me think for one second. I had mandatory supervision of my PLC meetings. There were teachers that were allowed not -- to not go to department meetings because of me, teachers refusing to work with me that the District allowed, people saying that I'm a white supremacist and a racist and using those claims to say that they did not want to work with me. Those are some ...

Q. Did you ever file a complaint with the