**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

JENNIFER CAEDRAN SULLIVAN,

Plaintiff,

v.

USD 512 SHAWNEE MISSION, et al.,

Defendants.

Case No. 24-2491-DDC-BGS

**ORDER FOLLOWING FINAL PRETRIAL CONFERENCE**

The Court conducted a final pretrial conference on October 13, 2026, with counsel for both parties participating. This Order memorializes the Court's rulings and deadlines concerning the remaining discovery issues and further preparation of the pretrial order.

1. The Court reviewed, in camera, the student records submitted by Defendants and the parents' objections to disclosure of identifying information. The documents primarily concern bathroom use, and the identities of the students and their parents are unnecessary to understand their contents. Given the documents' limited relevance, disclosure of those identities over the parents' objections is not warranted. Defendants may redact the students' and parents' identifying information but shall make no other redactions to these documents. Defendants shall provide Plaintiff with copies of the redacted documents by **October 14, 2026**.

2. By **October 20, 2026**, Defendants shall identify the requests for production to which the documents recently produced following withdrawal of privilege claims are responsive. For any such documents that are not responsive to a specific request for production, Defendants shall identify the documents by Bates number or range and explain that they were located through the document searches. Regarding the disputed attachments to the OCR communications, Defendants advised that they had agreed to review the emails and attachments and provide Plaintiff with Bates numbers identifying where the attachments had been produced. At the conference, Defendants confirmed that they would provide that information by October 20, 2026.

3. By **October 23, 2026**, Plaintiff shall advise chambers by email whether either of the two production issues described above remain unresolved and, if so, briefly identify the remaining concerns. The Court will determine what further proceedings, if any, are necessary. No additional motion concerning those issues is authorized at this time.

4. The **October 15, 2026** deadline for Plaintiff's motion to compel concerning the privilege log dispute remains unchanged. That deadline applies only to the privilege log dispute. No other issues will be considered.

5. The Court will separately circulate an annotated draft of the pretrial order and the remaining disputed matters for the parties' review. The parties shall confer regarding the requested revisions and remaining disputes and submit a revised proposed pretrial order by **October 27, 2026**. The Court encourages counsel to confer by telephone to facilitate resolution of the remaining issues.

6. The Court will defer resetting the dispositive motion deadline until the privilege log dispute is resolved.

**IT IS SO ORDERED.**

Dated October 13, 2026, at Wichita, Kansas.

/s/ Brooks Severson
Brooks G. Severson
United States Magistrate Judge